UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-195 |
| v. | * | SECTION: "M" |
| HAYDEE ARMAS SANTANA | * | |

\* \* \*

## FACTUAL BASIS

Should this matter have proceeded to trial, the government would have proven, through the introduction of competent testimony and admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the Indictment now pending against the defendant.

The government would establish that Social Security was a social insurance program that provided eligible applicants with retirement, disability, and survivor benefits. The Social Security Administration ("SSA") was a government agency responsible for the management of the Social Security program, as defined in the Social Security Act.

The case against **HAYDEE ARMAS SANTANA** ("SANTANA") began as a result of a complaint from a SSA Claims Representative in the Lacombe SSA office. The SSA employee notified the Office of the Inspector General ("OIG") for the SSA after determining **SANTANA** had intentionally concealed an Iberia Bank account and three pieces of real property.

According to SSA records, in April 2012, **SANTANA** applied for Supplemental Security Income ("SSI") disability payments in the Eastern District of Louisiana. The SSA initially denied **SANTANA**'s application for SSI benefits. In January 2015, **SANTANA** submitted a second SSI application (Form SSA-8001). **SANTANA**'s second SSI application concealed her Iberia Bank

AUSA
Defendant
Defense Counsel

account assets and her ownership in at least two additional pieces of real property, including one located in Miramar Beach, FL.

On October 11, 2018, a SSA employee conducted a telephonic interview with **SANTANA**. During the interview, **SANTANA** denied ownership of an Iberia Bank account containing $31,786.56. **SANTANA** also denied ownership in three pieces of real property. Then, on November 5, 2018, SSA-OIG interviewed **SANTANA** at the Lacombe SSA office. **SANTANA** executed a written *Miranda* rights waiver and agreed to speak with the investigators. During the interview, the defendant said she applied for SSI disability benefits in December 2014 and intentionally did not disclose her assets and resources as required. **SANTANA** said she received an insurance settlement of $200,000 and deposited the funds into an Iberia Bank account. According to **SANTANA**, she used a different bank, Citizen's Bank, for the receipt of her SSI payments in an effort to keep the SSA from learning about her Iberia Bank account. **SANTANA** also said she use the insurance funds to purchase a property in Destin, FL.

The Government and defendant agree that **SANTANA** fraudulently received approximately $31,060.61 in SSA disability benefits by concealing her assets from SSA.

AUSA
Defendant
Defense Counsel

Various records and testimonial evidence, including testimony from representatives of the

SSA-OIG and other witnesses would also be admitted to prove the facts set forth above.

BRIAN M. KLEBBA
Assistant United States Attorney

Date 2/17/22

HAYDEE ARMAS SANTANA
Defendant

Date 2/17/22

SAMUEL J. SCILLITANI, JR.
Counsel for Defendant

Date 2/17/2022